Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

FILED BY ____ D.C.

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Tennessee

05 OCT 24  PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

DEBORAH LOWRANCE

Crim. No.  2:03cr20429-01

O __February 25, 2004__ the above named was placed on probation/supervised release for a period of __two (2)__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated __24th__ day of __October__, 20 __05__.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-25-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:03-CR-20429 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT